LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEL BACHRACH, an individual, and SCOTT BACHRACH, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>OXFORD HEALTH INSURANCE, INC.; OXFORD HEALTH PLANS (N.Y.); OXFORD HEALTH PLANS, INC.; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV12-1331 SJO (AJWx)<br><br>**ORDER VACATING TRIAL DATE AND SETTING OSC RE DISMISSAL**<br><br>Judge:   Hon. S. James Otero<br>Ctrm.:   1 (Spring)<br>Trial:    February 12, 2013<br>Time:    9:00 a.m. |

This matter has been settled in its entirety. The parties require additional time to finalize and consummate the settlement.

Therefore, the Court ORDERS that the trial date in this matter is advanced to this date and vacated and that an OSC re Dismissal shall be set for March 11, 2013, at 10:00 a.m.

If a Stipulation re Dismissal is filed prior to March 11, 2013, no appearance at the OSC shall be required.

IT IS SO ORDERED.

DATED: ___2/7/13_____ By _____[signature: S. James Otero]_____

Hon. S. James Otero
United States District Judge

**Order**